# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| CAROL RODRIGUEZ, | |
| Plaintiff, | Case No. 5:19-cv-00736-OLG |
| v. | Honorable Judge Orlando L. Garcia |
| WILBER & ASSOCIATES, P.C., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES Plaintiff, Carol Rodriguez ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against Defendant, Wilber & Associates, P.C., with prejudice.

Dated: October 7, 2019

                                                              Respectfully Submitted,

                                                              *s/ Marwan R. Daher*
                                                              Marwan R. Daher
                                                              Sulaiman Law Group, Ltd.
                                                              2500 S. Highland Avenue, Suite 200
                                                              Lombard, IL 60148
                                                               Phone: (630) 575-8181
                                                              mdaher@sulaimanlaw.com
                                                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Marwan R. Daher*
Marwan R. Daher