**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| CAROL RODRIGUEZ, | |
| Plaintiff, | |
| v. | Case No. 5:19-cv-00736-OLG |
| WILBER & ASSOCIATES, P.C., | Honorable Judge Orlando L. Garcia |
| Defendant. | |

FILED
OCT 0 9 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

### ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Carol Rodriguez ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. having filed with this Court her Notice of Voluntary Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: 10.9.19

_____
Judge, U.S. District Court